# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | **www.carellabyrne.com** | _____ | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

August 2, 2013

<u>**Via ECF**</u>

The Honorable Steven C. Mannion
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

      Re:    *Plumbers and Pipefitters Local 572 Health and Welfare Fund*
              *v. Novartis Pharm. Corp.*
              Consolidated Civil Action No. 12-1403 (ES) (SCM)

Dear Judge Mannion:

      We are Interim Co-Lead Class Counsel in the above matter.  We write jointly with Counsel for defendant Novartis Pharmaceuticals Corp. to request an adjournment of the August 20, 2013 conference call with Your Honor.

      Pursuant to the Stipulation and Order (D.E. # 91) entered on June 21, 2013, Plaintiffs will file their Amended Complaint on August 16, 2013.  The deadline to produce certain expedited discovery is August 30, 2013.  Defendant's motion to dismiss is due on September 30, 2013, with Plaintiff's opposition expected on October 30, 2013, and Defendant's reply on November 20, 2013.  Given the briefing schedule, and that discovery, other than designated priority discovery, has been deferred by the June 21 Stipulation and Order until after the Court's decision on the motion to dismiss, we respectfully request that the status conference be postponed.

      If it is acceptable to the Court, kindly "So Order" this letter, and have a "filed" copy returned to us via the Court's ECF system.

The Honorable Steven C. Mannion
August 2, 2013
Page 2

      Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc:    Counsel of Record (by ECF)