## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



UFCW LOCAL 1776 AND PARTICIPATING : <br>
EMPLOYERS HEALTH AND WELFARE : <br>
FUND, individually and on behalf of all others : <br>
similarly situated,                  :

            :   Civil Action No. 12-4694 (ES) (SCM)

     Plaintiff,       :

v.              :   **CONSOLIDATED UNDER**
               :   **No.: 2:12-CV-01403-ES-SCM**

NOVARTIS PHARMACEUTICALS CORP., :

     Defendant.     :

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, UFCW

Local 1776 and Participating Employers Health and Welfare Fund, hereby voluntarily dismisses

the above-captioned action without prejudice. The defendant has not served an answer to the

complaint.

             Respectfully submitted,

             KANG HAGGERTY & FETBROYT LLC

Dated: August 23, 2013      By: /s/ Edward T. Kang
             Edward T. Kang
             Jacklyn Fetbroyt
             123 South Broad Street, Suite 1220
             Philadelphia, PA 19109
             Tel: (215) 525-5850
             ekang@lawkhf.com
             ***Counsel for UFCW Local 1776 and Participating***
             ***Employers Health and Welfare Fund and the class***

SO ORDERED.

Esther Salas, U.S.D.J.